NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**DANIEL L. FLAMM,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

───────────────

2018-1832

───────────────

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01512.

───────────────

## JUDGMENT

───────────────

ROLF STADHEIM, Stadheim & Grear, Scottsdale, AZ, argued for appellant.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by CHETAN BANSAL, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 7, 2019                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                 Clerk of Court